# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:12cr247 - 2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Dan A. Polster |
| - vs - | ) | |
| | ) | **O R D E R** |
| JOHN JONES, | ) | |
| Defendant(s). | ) | |

      The above-captioned case was referred to Magistrate Judge Greg White pursuant to General Order 99-49, with the consent of the parties, for the purpose of accepting a change of plea.  The Magistrate Judge has filed her Report & Recommendation.  No objections were filed by either party.

      The Court has reviewed the Magistrate Judge's Report and Recommendation, and find that in her careful and thorough proceeding, the Magistrate Judge satisfied all requirements of Fed. R. Crim. P. 11 and the U.S. Constitution.  The defendant knowingly, intelligently, and voluntarily entered a plea of guilty to Counts 1-3 of the indictment in 1:12cr247.  The Court hereby accepts and adopts the report and recommendation of Magistrate Judge White.  Therefore, the Court accepts the defendant's guilty plea and enters it accordingly.  The defendant is hereby referred to the Probation Department for a pre-sentence investigation.

IT IS SO ORDERED

                                                   */s/Dan Aaron Polster 9/4/12*
                                                    Dan Aaron Polster
                                                    U. S. District Judge